**Jessica M. SMART, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 470, Docket 28757.**

United States Court of Appeals
Second Circuit.

Argued May 12, 1964.

Decided May 12, 1964.

284

Shephard Kole, New York City, for plaintiff-appellant.

Robert Arum, Asst. U. ᴗ. Atty., Southern Dist. of New York, New York City (Robert M. Morgenthau, U. S. Atty., on the brief), for defendant-appellee.

Before KAUFMAN and HAYS, Circuit Judges, and BARTELS, District Judge.*

PER CURIAM.

We do not believe that the 1960 amendments to the Social Security Laws worked an arbitrary or unconstitutional classification by labelling the plaintiff as "self-employed." The question in cases of this sort is whether the legislative classification has a rational basis. See Carmichael v. Southern Coal & Coke Co., 301 U.S. 495, 509, 57 S.Ct. 868, 81 L.Ed. 1245 (1937). Since Congress *could not* tax the international organization which employed the plaintiff, its decision that it *would not* do so was hardly irrational, and its treatment of the plaintiff *as if* "self-employed" was not unreasonable.

We affirm in open court Judge Dawson's award of judgment on the pleadings. 222 F.Supp. 65 (S.D.N.Y.1963).